# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **YESEL MARTINEZ VELAZQUEZ,**<br><br>***Petitioner*,** | § | |
| **v.** | § | **No. 3:26-CV-02501-LS** |
| **MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR FOR EL PASO IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID VENTURELLA, DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES; AND WARDEN, OF ERO EL PASO CAMP EAST MONTANA;**<br><br>***Respondents*.** | § | |

## ORDER FOR SERVICE

Petitioner Yesel Martinez Velazquez seeks a writ of habeas corpus under 28 U.S.C. § 2241.[1] The petition raises issues which require Respondents to show cause why the Court should not grant the relief Petitioner seeks.[2] Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

of Texas. Respondents shall show cause by **October 13, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.[3]

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 6, 2026**.**

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[3] The Court extends the deadline for the government to review its records. 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.").